```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01555
    JOHN W MCGEE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0786


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/24/2008 and was not confirmed.

    The case was dismissed without confirmation 07/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  UNSEC W/INTER     2612.62              .00            .00
AMERICREDIT FINANCIAL SV  SECURED NOT I     2775.00              .00            .00
AMERICREDIT FINANCIAL SV  UNSEC W/INTER     5067.31              .00            .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00               .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE    25169.95              .00            .00
AMERICAN GENERAL FINANCE  SECURED            698.00              .00          34.89
CAVALRY PORTFOLIO SERVIC  UNSEC W/INTER  NOT FILED               .00            .00
DYCK O NEAL INC           UNSEC W/INTER    16784.70              .00            .00
HARRIS & HARRIS           UNSEC W/INTER  NOT FILED               .00            .00
HELVEY & ASSOC            UNSEC W/INTER  NOT FILED               .00            .00
NCO FINANCIAL             UNSEC W/INTER  NOT FILED               .00            .00
NCO FINANCIAL SYSTEM      UNSEC W/INTER  NOT FILED               .00            .00
NATIONAL ACCOUNT ADJUSTM  UNSEC W/INTER  NOT FILED               .00            .00
OSI COLLECTION SERVICES   UNSEC W/INTER  NOT FILED               .00            .00
PREMIER CREDIT CORP       UNSEC W/INTER  NOT FILED               .00            .00
STATE COLLECTION SERVICE  UNSEC W/INTER  NOT FILED               .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER      114.22              .00            .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER      275.84              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER      217.29              .00            .00
AARON RENTS INC           SECURED NOT I      323.23              .00            .00
AARON RENTS INC           UNSEC W/INTER       81.37              .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER     4066.91              .00            .00
DOLLIE I WARREN REED      DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                              3.03
DEBTOR REFUND             REFUND                                             250.58

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    288.50

PRIORITY                                          .00
SECURED                                         34.89
UNSECURED                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01555 JOHN W MCGEE
```

```
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                               3.03
DEBTOR REFUND                                                    250.58
                                         ---------------    ---------------
TOTALS                                            288.50             288.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
  Dated: 10/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
         CASE NO. 08 B 01555 JOHN W MCGEE